UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAHDIVISION
Case No. 5:17-cv-00156-BJB-LLK

**AUSTIN WILLIAMS et al,**                                                   **PLAINTIFFS**

**v.**

**WILLIAM TERRY JAMISON,**                                        **DEFENDANT**

**OPINION AND ORDER**

This matter has been referred to Magistrate Judge Lanny King to hear and determine all pretrial matters. Text Order of December 18, 2020, [DN 39]. Before the Court is Defendant's Joint Motion to Withdraw as Attorney and Motion for Extension of Time to Respond to Discovery Requests. [DN 74]. The Court addresses each of these Motions in turn.

Defendant's Motion to Withdraw as Attorney

Defense Counsel indicated in the Joint Motion that Defendant Jamison has requested his attorney withdraw, citing lack of funds. [DN 74] at *1. Local Rule 83.6 permits withdrawal of an attorney of record by motion where good cause is shown and the client has been served with the motion. Both elements are met here. Accordingly, the Court GRANTS Defendant's Motion to Withdraw as Attorney.

Defendant's Motion for Extension of Time to Respond to Discovery Requests.

Defendant represents that Plaintiffs have served discovery requests on him. Joint Motion, [DN 74] at *1. Because his attorney is withdrawing, Defendant requests an extension up to and including August 23, 2024, to respond to the served discovery. *Id.* Pursuant to Federal Rule of Civil Procedure 6(b), the Court may extend the time to respond to discovery for good cause.

Counsel's withdrawal for good cause constitutes said good cause, and the Court shall grant Defendant's Motion to Extend. However, because Defendant may need to proceed *pro se* (representing himself without legal counsel), a thirty day extension is insufficient.

## Conclusion

Accordingly, the Court **HEREBY ORDERS** the following.

1. Defendant's Motion to Withdraw as Attorney is **GRANTED**. Released counsel shall serve a copy of this order on Defendant.

2. Defendant **SHALL** have until Monday, September 30, 2024, to respond to Plaintiff's current discovery requests.

3. No later than Friday, September 27, 2024, Defendant **SHALL** have new counsel enter an appearance in this matter or file notice of his intent to proceed *pro se*.

4. Finally, the clerk of court is directed to enter Defendant's current address: Ballard County Jail, 132 Mayola Avenue, Wickliffe, Kentucky 42087. Defendant has the responsibility to advise the court of any change in his address.

July 26, 2024

Lanny King, Magistrate Judge
United States District Court

Cc: Counsel of Record, Defendant at Ballard County Jail, 132 Mayola Avenue, Wickliffe, Kentucky 42087