UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
Case No. 5:17-cv-00156-BJB-LLK

**AUSTIN WILLIAMS et al,**                                                  **PLAINTIFFS**

v.

**WILLIAM TERRY JAMISON,**                                       **DEFENDANT**

## OPINION AND ORDER

This matter has been referred to Magistrate Judge Lanny King to hear and determine all pretrial matters. Text Order of December 18, 2020, [DN 39]. Before the Court is Defendant's Motion to Withdraw as Attorney. [DN 76]. The Court previously granted Defendant's Local Counsel's Motion to Withdraw. [DN 75]. Defense Counsel indicated in the Motion that Defendant Jamison has requested his attorney withdraw, citing lack of funds. [DN 76] at *1. Local Rule 83.6 permits withdrawal of an attorney of record by motion where good cause is shown and the client has been served with the motion. Both elements are met here. Accordingly, the Court **GRANTS** Defendant's Motion to Withdraw as Attorney.

August 2, 2024

*Lanny King*
**Lanny King, Magistrate Judge**
**United States District Court**

Cc: Counsel of Record, Defendant at Ballard County Jail, 132 Mayola Avenue, Wickliffe, Kentucky 42087